**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SUSAN WINGET,                                )
                                             )
                 Plaintiff,                  )
                                             )        2:26-cv-00269
v.                                           )
                                             )
SCHEDULE A DEFENDANTS,                       )
                                             )
                 Defendants.                 )

Hearing Type:   Video Status Conference (Zoom)
Date:   April 10, 2026
Present:   Judge Mark R. Hornak

| | |
|---|---|
| Counsel for Plaintiff | Stanley Ference |
| Counsel for Defendant | N/A |
| Court Reporter | Amanda Williamson |
| Law Clerk | Lainey A. Newman |
| Start time | 3:37 PM |
| End time | 3:49 PM |

**SUMMARY OF PROCEEDINGS:**

The Court held this video status conference to discuss the current temporary restraining order against Defendants and Plaintiff's attempts to get in contact with third-party Internet marketplaces. The Court will await filings from Plaintiff and will take no action at present.